MESA LAW GROUP, CORP.
PAUL PETERSEN, SBN 170922
3151 Airway Ave., Suite P-1
Costa Mesa, CA 92626
(714)617-7370 ext 302
(888)855-8115 Facsimile

## UNITED STATE BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

In re,

Christina Marie Perry and Leon Arthur Casparian

) Bankruptcy Case No. 10-48821
) Chapter 13
)
) **NOTICE OF SUBSTITUTION OF**
) **ATTORNEY FOR DEBTORS**

TO ALL PARTIES WHO APPEARED IN THIS ACTION AND THEIR COUNSEL OF RECORD:

Please take note that Debtors substitute their counsel of record in this matter.

### Former Counsel

Johnathon Hewko, Mesa Law Group, 3151 Airway Avenue, Suite P-1, Costa Mesa, CA 92626, Telephone (714)617-7370.

### New Counsel

Debtors susbtitute new counsel in this matter, on all whom all notices and papers should be served, is the firm Mesa Law Group, *Paul Peterson* s, 3151 Airway Avenue, Suite P-1, Costa Mesa, CA 92626, Telephone: (866)992-7878, Facsimile: (888)855-8115.

NOTICE OF SUBSTITUTION OF ATTORNEY - 1

The undersigned consent to the substitution and certify that this substitution will not delay the proceedings in this matter.

Dated:  February 1, 2011          Debtor

By: _____

Dated:  February 1, 2011          Joint Debtor

By: _____

Dated:  February 1, 2011          Johnathon Hewko

By: /s/ Johnathon Hewko

Johnathon Hewko, SBN 237222

Former Counsel for the Debtors

Dated:  February 1, 2011          Paul Petersen

By: _____

Paul Petersen, SBN 170922

New Counsel for the Debtors

NOTICE OF SUBSTITUTION OF ATTORNEY - 2