The following constitutes
the order of the court. Signed August 01, 2011

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

Andy C. Warshaw, Esq.
State Bar # 263880
MESA LAW GROUP CORP.
3151 Airway Ave, Ste P1
Costa Mesa, California 92626
Telephone No. (714) 617-7370
Facsimile  No. (949) 743-8960

Attorney for Debtors,

CHRISTINA MARIE PERRY, LEON ARTHUR CASPARIAN

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>CHRISTINA MARIE PERRY,<br><br>LEON ARTHUR CASPARIAN<br><br>Debtors, | Case No.:10-48821<br>(Chapter 13)<br><br>**ORDER ON FIRST AMENDED MOTION VALUE COLLATERAL AND TO AVOID LIEN (SECOND DEED OF TRUST) OF CREDITOR CCO MORTGAGE CORPORATION UNDER 11 U.S.C. § 506 AND BANKRUPTCY PROCEDURE §3012** |

On March 21, 2011, debtors CHRISTINA MARIE PERRY and LEON ARTHUR CASPARIAN (hereinafter "debtors") filed a First Amended Motion to Avoid Lien of secured creditor CCO Mortgage Corporation, (hereinafter) "CCO", against the real property commonly known as, and located at: 17415 Via Annette, San Leandro, CA 94580 (hereinafter "real property") so as to avoid (strip) the lien of the second mortgage creditor, CCO on the grounds that CCO's claim on the second mortgage is a fully unsecured claim within the meaning of 11 U.S.C. §506.

1. For purposes of debtors' Chapter 13 plan only, the second mortgage lien of CCO is valued at zero, CCO does not have a secured claim, and the lien may not be enforced pursuant to 11 U.S.C. §§ 506, 1322(b)(2) and 1327.

2. This order shall become part of the debtors' confirmed Chapter 13 plan.

3. Upon entry of a discharge in debtors' Chapter 13 case, the lien of CCO shall be voided for all purposes and upon application by the debtor, the court will enter an appropriate form of judgment voiding the lien of CCO.

4. If debtors' Chapter 13 case is dismissed or converted to one under another chapter before the debtors obtain a discharge, this order shall cease to be effective and the lien shall be retained to the extent recognized by applicable non-bankruptcy law, and upon application by CCO, the court will enter an appropriate form of order restoring the lien of CCO.

5. Except as provided by separate, subsequent order of this court, the lien may not be enforced so long as this order remains in effect.

** END OF ORDER **

# COURT SERVICE LIST

CCO Mortgage Corporation
2812 Emerywood Pkwy
Richmond, VA 23294

CCO Mortgage Corporation
c/o RBS Citizens, NA
Agent for Service of Process for RBS Citizens, NA:
Corporation Service Company/CSC – Lawyers Incorporating Service
2730 Gateway Oaks Dr. Suite 100
Sacramento, CA 95833

Chapter 13 Trustee
Martha G. Bronitsky
P.O. Box 5004
Hayward, CA 94540-5004

Honorable Judge Randall J. Newsome
1300 Clay Street, Suite 300
Oakland, CA 94604-2070

Christina Marie Perry & Leon Casparian
17415 Via Annette
San Leandro, CA 94580

US Trustee
1301 Clay St. #690N
Oakland, CA 94612

Stephen J. Kessler
Federal Deposit Insurance Corporation
40 Pacifica, 4th Floor
Irvine, CA 92618

Ellen Allemany
Corporate Officer of RBS Citizens, NA
One Citizens Plaza
Providence, Rhode Island 02903