```
1  PATRICK L. FORTE, #80050
   ANNE Y. SHIAU, #273709
2  LAW OFFICES OF PATRICK L. FORTE
   One Kaiser Plaza, #480
3  Oakland, CA 94612
   Telephone: (510) 465-3328
4  Facsimile: (510) 763-8354

5  Attorneys for Debtors
```

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 10-48821 WJL** |
| **CHRISTINA MARIE PERRY and LEON ARTHUR CASPARIAN,** | **Chapter 13** |
| Debtors. _____/ | **NOTICE OF SUBSTITUTION OF ATTORNEYS AND DECLARATION OF PATRICK L. FORTE** |

Christina Marie Perry & Leon Arthur Casparian, debtors herein, hereby substitute the Law Offices of Patrick L. Forte as attorney of record in place and instead of Mesa Law Group.

Dated: August 31, 2011
/s/ Christina Marie Perry
Christina Marie Perry

Dated: August 31, 2011
/s/ Leon Arthur Casparian
Leon Arthur Casparian

I accept the above substitution

Dated: September 1, 2011    /s/ Patrick L. Forte
Patrick L. Forte

**DECLARATION OF PATRICK L. FORTE:**

///

///

Page 1 of 2

Case: 10-48821    Doc# 38    Filed: 09/02/11    Entered: 09/02/11 13:40:16    Page 1 of 2

I, Patrick L. Forte, declare:

1. I am an attorney licensed to practice before this court and I am the proposed attorney for debtors herein.

2. I am unable to obtain the signature of Paul W. Peterson of Mesa Law Group because Mr. Peterson's law office has been shut down by the State Bar of California. Mr Peterson's telephone number is being forwarded to the State Bar of California and as part of the Superior Court action against Mr. Peterson, the State Bar has taken possession of his client files.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed in Oakland, CA on September 1, 2011.

/s/ Patrick L. Forte
Patrick L. Forte