B 10 (Supplement 1) (12/11)

# UNITED STATES BANKRUPTCY COURT
UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF CALIFORNIA

In re <u>Christina Marie Perry; ;Leon Arthur Casparian</u> ,
Debtor

Case No. 10-48821

Chapter 13

## Notice of Mortgage Payment Change

If you file a claim secured by a security interest in the debtor's principal residence provided for under the debtor's plan pursuant to § 1322(b)(5), you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.

**Court claim no.** (if known):

**Last four digits** of any number you use to identify the debtor's account: XXX6154

**Date of payment change:**
Must be at least 21 days after date of this notice: 08/01/2013

**New total payment:**
Principal, interest, and escrow, if any $ 2,925.72

### Part 1: Escrow Account Payment Adjustment

Will there be a change in the debtor's escrow account payment?

[ ] No

[x] Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

Current escrow payment: $ 433.25      New escrow payment: $ 432.06

### Part 2: Mortgage Payment Adjustment

Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?

[x] No

[ ] Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

Current interest rate: 0.0000 %      New interest rate: 0.0000 %

Current principal and interest payment: $ 0.00      New principal and interest payment: $

### Part 3: Other Payment Change

Will there be a change in the debtor's mortgage payment for a reason not listed above?

[x] No

[ ] Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

Reason for change: _____

Current mortgage payment: $ _____      New mortgage payment: $ _____

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

**Check the appropriate box.**

[ ] I am the creditor.   [x] I am the creditor's authorized agent.
(Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

X _____(signature)_____                                         Date June 24 2013
   Signature

**Print:** Lisa Singer                                          **Title** Authorized Agent
         First Name        Middle Name        Last Name

**Company** Rosicki, Rosicki & Associates, P.C.

**Address** 51 E. Bethpage Road
           Number          Street

           Plainview            NY         11803
           City                 State      ZIP Code

**Contact phone** (516) 741-2585                                **Email** lsinger@rosicki.com

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Mortgage Payment Change has been served by first class mail on:

Patrick L. Forte, Esq.
1 Kaiser Plaza #480
Oakland,, CA 94612-3610

Martha G. Bronitsky, Esq.
P.O. Box 9077
Pleasanton, CA 94566

Christina Marie Perry
17415 Via Annette
San Leandro, CA 94580

Leon Arthur Casparian
17415 Via Annette
San Leandro, CA 94580

June 26 2013

Marc Rosen

# seterus

PO Box 2008
Grand Rapids, MI 49501-2008

**Business Hours (Pacific Time)**
Monday-Thursday 5 a.m. to 8 p.m.
Friday 5 a.m. to 6 p.m.
**Phone** 866.570.5277

*L912B*
CASPARIAN, LEON
PERRY, CHRISTINA
17415 VIA ANNETTE
SAN LORENZO, CA 94580

## ESCROW ACCOUNT STATEMENT

| Analysis Date: | 6/6/2013 |
| --- | --- |
| Loan Number: | |
| Escrow Account Number: | |

| Current Payment | | New Payment Effective 8/1/2013 | |
| --- | --- | --- | --- |
| Principal and Interest | $2,493.66 | Principal and Interest* | $2,493.66 |
| Escrow | $ 433.25 | Escrow | $ 432.06 |
| Total Current Payment | $2,926.91 | Total NEW Payment* | $2,925.72 |

\* The principal and interest payments reflect the contractual amount due under the note, which can be modified with a mutually agreed upon payment plan. In addition, the new principal and interest payment and the total new payment may not reflect any changes due to interest rate adjustments. You will receive a separate notice for interest rate adjustments

## NEW MORTGAGE PAYMENT NOTICE AND ESCROW ACCOUNT DISCLOSURE STATEMENT

Seterus, Inc. is the servicer of the above referenced loan. In accordance with federal guidelines, your escrow account is reviewed at least once a year to determine if sufficient funds are available to pay your taxes and/or insurance. Your escrow payment will be a minimum of the total anticipated disbursements divided by the number of scheduled installments due in the next 12 months. This payment will increase if you have a post-petition shortage or deficiency. This statement provides a history of actual escrow account activity and a projection of the escrow account activity for the next 12 months.

Our records indicate a petition for Bankruptcy was filed on 8/2/2010. Pursuant to that petition, we are filing a proof of claim with the Bankruptcy court. Any deficiency and/or shortage listed under the Proof of Claim section will be excluded from your future scheduled escrow payment as these amounts will be added to your pre-petition arrearage and collected in your bankruptcy plan payment.

### ANTICIPATED DISBURSEMENTS
August 2013 to July 2014

| | |
| --- | --- |
| Taxes | $4,226.24 |
| Insurance | $ 882.00 |
| PMI | $ .00 |
| Total Disbursements | $5,108.24 |
| Bankruptcy File Date | 8/2/2010 |
| Proof of Claim Escrow Balance | |
| Pre-Petition Escrow Deficiency | $ .00 |
| Pre-Petition Escrow Shortage | $ .00 |
| Total Escrow POC | $ .00 |

*Escrow Balance adjusted by proof of claim amounts

### ESCROW ACCOUNT PROJECTIONS FOR THE NEXT 12 MONTH ESCROW CYCLE
Anticipated Activity

| Date | Payments to Escrow | Payments from Escrow | Description | Projected Balance |
| --- | --- | --- | --- | --- |
| Beginning Balance as of Analysis Date | | | | $1,290.06 |
| Post Petition Beg Bal* | | | | $1,290.06 |
| Surplus refund | | | | $ .00 |
| 8/1/2013 | $ 432.06 | $ .00 | | $1,722.12 |
| 9/1/2013 | $ 432.06 | $ .00 | | $2,154.18 |
| 10/1/2013 | $ 432.06 | $ .00 | | $2,586.24 |
| 11/1/2013 | $ 432.06 | $2,113.12 | COUNTY PROPERTY TAX | $ 905.18 |
| 12/1/2013 | $ 432.06 | $ .00 | | $1,337.24 |
| 1/1/2014 | $ 432.06 | $ .00 | | $1,769.30 |
| 2/1/2014 | $ 432.06 | $ .00 | | $2,201.36 |
| 3/1/2014 | $ 432.06 | $2,113.12 | COUNTY PROPERTY TAX | $ 520.30 |
| 4/1/2014 | $ 432.06 | $ .00 | | $ 952.36 |
| 5/1/2014 | $ 432.06 | $ .00 | | $1,384.42 |
| 6/1/2014 | $ 432.06 | $ 882.00 | HAZARD INSURANCE | $ 934.48 |
| 7/1/2014 | $ 432.06 | $ .00 | | $1,366.54 |
| Total | $5,184.72 | $5,108.24 | | |

The projected beginning balance of your escrow account is $1,290.06. Your required beginning balance according to this analysis should be $1,672.09. This means you have a shortage of $382.03. An escrow shortage occurs when there is a positive balance in the escrow account but less than the projected balance, which covers any payments made from the escrow account over the next 12 months. This post-petition shortage will be collected over the next 60 installments.

Continued

The Real Estate Settlement Procedures Act (RESPA) allows us to collect and maintain up to 1/6 of your total disbursements in your escrow account at all times, unless prohibited by state law. This cushion covers any potential increases in your tax and/or insurance disbursements. Cushion selected by servicer: $851.37

# ESCROW ACCOUNT HISTORY

This is a statement of actual activity in your escrow account from May 2011 to July 2013. This history compares the projections from your last escrow analysis or initial disclosure and the actual activity in your account. If a prior escrow analysis was not conducted during this historical period, the projected escrow balance and payments will be zero.

## ACTUAL ESCROW ACCOUNT HISTORY

| | Payments to Escrow | | Payments from Escrow | | Description | Escrow Balance | |
|---|---|---|---|---|---|---|---|
| | Projected | Actual | Projected | Actual | | Projected | Actual |
| Beginning Balance | | | | | | | $1,349.89 |
| Date | | | | | | | |
| Total | $ .00 | $ .00 | $ .00 | $ .00 | | | |

## POST PETITION ANTICIPATED AND/OR ACTUAL ACTIVITY **

| | Payments to Escrow | | Payments from Escrow | | Description | Escrow Balance | |
|---|---|---|---|---|---|---|---|
| | Projected | Actual | Projected | Actual | | Projected | Actual |
| Beginning Balance as of Bankruptcy file date | | | | | | | $1,349.89 |
| Date | | | | | | | |
| 5/1/2011 | $433.64 | $0.00 * | $0.00 | $0.00 | | $1,783.53 | $1,349.89 |
| 5/1/2011 | $0.00 | $1.58 * | $0.00 | $0.00 | | $1,783.53 | $1,351.47 |
| 5/31/2011 | $0.00 | $433.64 * | $0.00 | $0.00 | | $1,783.53 | $1,785.11 |
| 6/1/2011 | $433.64 | $0.00 * | $0.00 | $0.00 | | $2,217.17 | $1,785.11 |
| 6/1/2011 | $0.00 | $2.32 * | $0.00 | $0.00 | | $2,217.17 | $1,787.43 |
| 6/6/2011 | $0.00 | $0.00 | $0.00 | $984.00 * | INSURANCE | $2,217.17 | $803.43 |
| 6/27/2011 | $0.00 | $433.25 * | $0.00 | $0.00 | | $2,217.17 | $1,236.68 |
| 7/1/2011 | $0.00 | $1.68 * | $0.00 | $0.00 | | $2,217.17 | $1,238.36 |
| 7/1/2011 | $433.25 | $0.00 * | $0.00 | $0.00 | | $2,650.42 | $1,238.36 |
| 7/25/2011 | $0.00 | $433.25 * | $0.00 | $0.00 | | $2,650.42 | $1,671.61 |
| 8/1/2011 | $0.00 | $2.27 * | $0.00 | $0.00 | | $2,650.42 | $1,673.88 |
| 8/1/2011 | $433.25 | $0.00 * | $0.00 | $0.00 | | $3,083.67 | $1,673.88 |
| 8/25/2011 | $0.00 | $433.25 * | $0.00 | $0.00 | | $3,083.67 | $2,107.13 |
| 9/1/2011 | $0.00 | $3.01 * | $0.00 | $0.00 | | $3,083.67 | $2,110.14 |
| 9/1/2011 | $433.25 | $0.00 * | $0.00 | $0.00 | | $3,516.92 | $2,110.14 |
| 9/23/2011 | $0.00 | $433.25 * | $0.00 | $0.00 | | $3,516.92 | $2,543.39 |
| 10/1/2011 | $0.00 | $3.65 * | $0.00 | $0.00 | | $3,516.92 | $2,547.04 |
| 10/1/2011 | $433.25 | $0.00 * | $0.00 | $0.00 | | $3,950.17 | $2,547.04 |
| 11/1/2011 | $0.00 | $4.33 * | $0.00 | $0.00 | | $3,950.17 | $2,551.37 |
| 11/1/2011 | $0.00 | $433.25 * | $0.00 | $0.00 | | $3,950.17 | $2,984.62 |
| 11/1/2011 | $433.25 | $0.00 * | $0.00 | $0.00 | | $4,383.42 | $2,984.62 |
| 11/28/2011 | $0.00 | $0.00 | $0.00 | $2,157.77 * | PROPERTY TAXES | $4,383.42 | $826.85 |
| 12/1/2011 | $0.00 | $4.56 * | $0.00 | $0.00 | | $4,383.42 | $831.41 |
| 12/1/2011 | $0.00 | $433.25 * | $0.00 | $0.00 | | $4,383.42 | $1,264.66 |
| 12/1/2011 | $433.25 | $0.00 * | $0.00 | $0.00 | | $4,816.67 | $1,264.66 |
| 12/10/2011 | $0.00 | $0.00 | $2,145.36 | $0.00 * | COUNTY PROPERTY TAX | $2,671.31 | $1,264.66 |
| 12/28/2011 | $0.00 | $433.25 * | $0.00 | $0.00 | | $2,671.31 | $1,697.91 |
| 1/1/2012 | $0.00 | $2.24 * | $0.00 | $0.00 | | $2,671.31 | $1,700.15 |
| 1/1/2012 | $433.25 | $0.00 * | $0.00 | $0.00 | | $3,104.56 | $1,700.15 |
| 2/1/2012 | $0.00 | $433.25 * | $0.00 | $0.00 | | $3,104.56 | $2,133.40 |
| 2/1/2012 | $0.00 | $2.88 * | $0.00 | $0.00 | | $3,104.56 | $2,136.28 |
| 2/1/2012 | $433.25 | $0.00 * | $0.00 | $0.00 | | $3,537.81 | $2,136.28 |
| 3/1/2012 | $433.25 | $0.00 * | $0.00 | $0.00 | | $3,971.06 | $2,136.28 |
| 3/1/2012 | $0.00 | $3.40 * | $0.00 | $0.00 | | $3,971.06 | $2,139.68 |
| 3/1/2012 | $0.00 | $433.25 * | $0.00 | $0.00 | | $3,971.06 | $2,572.93 |
| 3/16/2012 | $0.00 | $0.00 | $0.00 | $2,157.77 * | PROPERTY TAXES | $3,971.06 | $415.16 |
| 4/1/2012 | $0.00 | $2.46 * | $0.00 | $0.00 | | $3,971.06 | $417.62 |
| 4/1/2012 | $433.25 | $0.00 * | $0.00 | $0.00 | | $4,404.31 | $417.62 |
| 4/2/2012 | $0.00 | $433.25 * | $0.00 | $0.00 | | $4,404.31 | $850.87 |
| 4/10/2012 | $0.00 | $0.00 | $2,145.36 | $0.00 * | COUNTY PROPERTY TAX | $2,258.95 | $850.87 |
| 5/1/2012 | $0.00 | $1.38 * | $0.00 | $0.00 | | $2,258.95 | $852.25 |
| 5/1/2012 | $0.00 | $433.25 * | $0.00 | $0.00 | | $2,258.95 | $1,285.50 |
| 5/1/2012 | $433.25 | $0.00 * | $0.00 | $0.00 | | $2,692.20 | $1,285.50 |
| 5/30/2012 | $0.00 | $433.25 * | $0.00 | $0.00 | | $2,692.20 | $1,718.75 |
| 5/30/2012 | $0.00 | $0.00 | $0.00 | $987.00 * | INSURANCE | $2,692.20 | $731.75 |
| 6/1/2012 | $0.00 | $2.12 * | $0.00 | $0.00 | | $2,692.20 | $733.87 |
| 6/1/2012 | $433.25 | $0.00 * | $0.00 | $0.00 | | $3,125.45 | $733.87 |
| 6/18/2012 | $0.00 | $0.00 | $913.00 | $0.00 * | HAZARD INSURANCE | $2,212.45 | $733.87 |
| 6/27/2012 | $0.00 | $433.25 * | $0.00 | $0.00 | | $2,212.45 | $1,167.12 |
| 7/1/2012 | $433.25 | $0.00 * | $0.00 | $0.00 | | $2,645.70 | $1,167.12 |
| 7/1/2012 | $0.00 | $1.31 * | $0.00 | $0.00 | | $2,645.70 | $1,168.43 |
| 8/1/2012 | $433.25 | $0.00 * | $0.00 | $0.00 | | $3,078.95 | $1,168.43 |
| 8/1/2012 | $0.00 | $433.25 * | $0.00 | $0.00 | | $3,078.95 | $1,601.68 |
| 8/1/2012 | $0.00 | $1.97 * | $0.00 | $0.00 | | $3,078.95 | $1,603.65 |
| 8/29/2012 | $0.00 | $433.25 * | $0.00 | $0.00 | | $3,078.95 | $2,036.90 |

THIS COMMUNICATION IS FROM A DEBT COLLECTOR AS WE SOMETIMES ACT AS A DEBT COLLECTOR. WE ARE ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. HOWEVER, IF YOU ARE IN BANKRUPTCY OR RECEIVED A BANKRUPTCY DISCHARGE OF THIS DEBT, THIS LETTER IS NOT AN ATTEMPT TO COLLECT THE DEBT, BUT NOTICE OF POSSIBLE ENFORCEMENT OF OUR LIEN AGAINST THE COLLATERAL PROPERTY. **COLORADO:** FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE WWW.COLORADOATTORNEYGENERAL.GOV/CA. Seterus, Inc. maintains a local office at 355 Union Boulevard, Suite 250, Lakewood, CO 80228. The office's phone number is 888.738.5576. **NEW YORK CITY:** 1331537, 1340663, 1340148. **TENNESSEE:** This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance. Seterus, Inc. is licensed to do business at 14523 SW Milligan Way, Beaverton, OR.

# seterus

PO Box 2008
Grand Rapids, MI 49501-2008

**Business Hours (Pacific Time)**
Monday-Thursday 5 a.m. to 8 p.m.
Friday 5 a.m. to 6 p.m.
**Phone** 866.570.5277

| Date | | | | | | | |
|---|---|---|---|---|---|---|---|
| 9/1/2012 | $0.00 | $2.79 * | $0.00 | $0.00 | | $3,078.95 | $2,039.69 |
| 9/1/2012 | $433.25 | $0.00 * | $0.00 | $0.00 | | $3,512.20 | $2,039.69 |
| 10/1/2012 | $0.00 | $433.25 * | $0.00 | $0.00 | | $3,512.20 | $2,472.94 |
| 10/1/2012 | $433.25 | $0.00 * | $0.00 | $0.00 | | $3,945.45 | $2,472.94 |
| 10/1/2012 | $0.00 | $3.35 * | $0.00 | $0.00 | | $3,945.45 | $2,476.29 |
| 10/30/2012 | $0.00 | $433.25 * | $0.00 | $0.00 | | $3,945.45 | $2,909.54 |
| 11/1/2012 | $433.25 | $0.00 * | $0.00 | $0.00 | | $4,378.70 | $2,909.54 |
| 11/1/2012 | $0.00 | $4.26 * | $0.00 | $0.00 | | $4,378.70 | $2,913.80 |
| 11/19/2012 | $0.00 | $0.00 | $0.00 | $2,113.12 * | PROPERTY TAXES | $4,378.70 | $800.68 |
| 11/27/2012 | $0.00 | $433.25 * | $0.00 | $0.00 | | $4,378.70 | $1,233.93 |
| 12/1/2012 | $433.25 | $0.00 * | $0.00 | $0.00 | | $4,811.95 | $1,233.93 |
| 12/1/2012 | $0.00 | $3.49 * | $0.00 | $0.00 | | $4,811.95 | $1,237.42 |
| 1/1/2013 | $0.00 | $2.12 * | $0.00 | $0.00 | | $4,811.95 | $1,239.54 |
| 1/1/2013 | $433.25 | $0.00 * | $0.00 | $0.00 | | $5,245.20 | $1,239.54 |
| 1/2/2013 | $0.00 | $433.25 * | $0.00 | $0.00 | | $5,245.20 | $1,672.79 |
| 1/31/2013 | $0.00 | $433.25 * | $0.00 | $0.00 | | $5,245.20 | $2,106.04 |
| 2/1/2013 | $0.00 | $2.84 * | $0.00 | $0.00 | | $5,245.20 | $2,108.88 |
| 2/1/2013 | $433.25 | $0.00 * | $0.00 | $0.00 | | $5,678.45 | $2,108.88 |
| 2/27/2013 | $0.00 | $433.25 * | $0.00 | $0.00 | | $5,678.45 | $2,542.13 |
| 3/1/2013 | $0.00 | $3.29 * | $0.00 | $0.00 | | $5,678.45 | $2,545.42 |
| 3/1/2013 | $433.25 | $0.00 * | $0.00 | $0.00 | | $6,111.70 | $2,545.42 |
| 3/22/2013 | $0.00 | $0.00 | $0.00 | $2,113.12 * | PROPERTY TAXES | $6,111.70 | $432.30 |
| 3/29/2013 | $0.00 | $433.25 * | $0.00 | $0.00 | | $6,111.70 | $865.55 |
| 4/1/2013 | $0.00 | $3.22 * | $0.00 | $0.00 | | $6,111.70 | $868.77 |
| 4/1/2013 | $433.25 | $0.00 * | $0.00 | $0.00 | | $6,544.95 | $868.77 |
| 4/30/2013 | $0.00 | $433.25 * | $0.00 | $0.00 | | $6,544.95 | $1,302.02 |
| 5/1/2013 | $433.25 | $0.00 * | $0.00 | $0.00 | | $6,978.20 | $1,302.02 |
| 5/1/2013 | $0.00 | $1.45 * | $0.00 | $0.00 | | $6,978.20 | $1,303.47 |
| 5/29/2013 | $0.00 | $0.00 | $0.00 | $882.00 * | INSURANCE | $6,978.20 | $421.47 |
| 5/31/2013 | $0.00 | $433.25 * | $0.00 | $0.00 | | $6,978.20 | $854.72 |
| 6/1/2013 | $433.25 | $0.00 * | $0.00 | $0.00 | EST: | $7,411.45 | $854.72 |
| 6/1/2013 | $0.00 | $2.09 * | $0.00 | $0.00 | | $7,411.45 | $856.81 |
| 7/1/2013 | $0.00 | $433.25 * | $0.00 | $0.00 | EST: | $7,411.45 | $1,290.06 |
| 7/1/2013 | $433.25 | $0.00 * | $0.00 | $0.00 | EST: | $7,844.70 | $1,290.06 |
| Adjustments | $0.00 | | | | | | |
| Total | $11,698.53 | $11,334.95 | $5,203.72 | $11,394.78 | | | |

** This section includes actual and/or estimated activity after the bankruptcy filing date. The escrow payment amount of $ 433.25 is based on the previous analysis sent to you and may differ from your new payment of $ 432.06. The difference of these amounts will be used to offset payment changes in the next 12 month projection period.

An asterisk (*) indicates a difference in a previous estimate either in the date or the amount.

**NOTE** – This analysis was prepared in advance of the escrow payment change date. Therefore, the projected beginning balance for the next 12 months estimates that you have paid all the required scheduled installments as shown in your actual account history and that all scheduled disbursements have been made from your escrow account.