# UNITED STATES BANKRUPTCY COURT

Northern District of California

IN RE: LEON Arthur Casparian : CASE NO. 10-48821
CHRISTINA Marie Perry      CHAPTER 13

DEBTOR(S)

## NOTICE OF CHANGE OF ADDRESS FOR CREDITOR

Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc., hereby provides Notice of a Change of Address as indicated below.

**NEW address for creditor PAYMENT:**
Federal National Mortgage Association
("Fannie Mae), creditor c/o Seterus, Inc.
PO Box 1047
Hartford, CT 06143-1047

**NEW address for creditor NOTICE:**
Federal National Mortgage Association
("Fannie Mae), creditor c/o Seterus, Inc.
PO Box 1047
Hartford, CT 06143-1047

OLD address for creditor PAYMENT:
Federal National Mortgage Association
("Fannie Mae), creditor c/o Seterus, Inc.
PO Box 2206
Grand Rapids, MI 49501-2008

OLD address for creditor NOTICE:
Federal National Mortgage Association
("Fannie Mae), creditor c/o Seterus, Inc.
PO Box 2008
Grand Rapids, MI 49501-2008

Last 4 digits of account number: 6154

September 17 2015     By: _____
Lisa Singer
Authorized Agent for Creditor Federal National
Mortgage Association ("Fannie Mae") c/o
Seterus, Inc.
51 E. Bethpage Rd.
Plainview, NY 11803
Phone: 516-741-2585
Fax: 516-873-7244
Bkmail@rosicki.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above Notice of Change of Address has been served electronically on the Chapter 13 Trustee and Debtor (s)' Attorney on the same day it was filed with the Court.

_____
Betsy Tarr