

PATRICK L. FORTE, #80050
LAW OFFICES OF PATRICK L. FORTE
1624 Franklin Street, #911
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

The following constitutes the order of the court.
Signed March 3, 2016

Attorneys for Debtors

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 10-48821 WJL |
| **CHRISTINA MARIE PERRY and LEON ARTHUR CASPARIAN,** | Chapter 13 |
| Debtors. | **JUDGMENT VOIDING LIEN OF CITIZENS BANK, NA AS SUCCESSOR TO RBS CITIZENS, NA AS SUCCESSOR IN INTEREST TO CCO MORTGAGE AS SERVICER FOR FIRST HORIZON HOME LOANS, A DIVISION OF FIRST TENNESSEE BANK, NA AND ITS SUCCESSORS IN INTEREST** |

On August 1, 2011, this court entered an Order on First Amended Motion to Value Collateral and to Avoid Lien (Second Deed of Trust) of Creditor CCO Mortgage against certain property of Debtors for purposes of this chapter 13 case. That order was subject to being set aside until Debtors obtained a discharge or completed plan payments in this chapter 13 case. Debtors having obtained a discharge, the court now therefore enters the following judgment:

The second lien of Citizens Bank, NA as Successor to RBS Citizens, NA as Successor in Interest to CCO Mortgage as Servicer for First Horizon Home Loans, a Division of First Tennessee Bank, NA and

its successors in interest regarding the property commonly known as 17415 Via Annette, San Leandro, CA 94580, and which was recorded in Alameda County on or about June 19, 2007 as document 2007227709, and assigned on December 11, 2009, as document 2009383992 is hereby determined to be entirely, permanently, and for all purposes void and unenforceable.

*** END OF ORDER ***

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | |
| 3 | Christina Marie Perry |
| | Leon Arthur Casparian |
| 4 | 17415 Via Annette |
| | San Leandro, CA 94580 |
| 5 | |
| | Attn: Officer |
| 6 | RBS Citizens, NA |
| | One Citizens Plaza |
| 7 | Providence, RI 02903 |
| 8 | Attn: Officer |
| | RBS Citizens, NA |
| 9 | C/o Corporation Service Company dba CSC – Lawyers Incorporating Service |
| 10 | 2710 Gateway Oaks Drive, Suite 150N |
| | Sacramento, CA 95833 |
| 11 | |
| | Attn: Jaimi Jinks |
| 12 | CCO Mortgage |
| | 10561 Telegraph Road |
| 13 | Glen Allen, VA 23059 |
| 14 | Attn: Officer |
| | Citizens Bank, NA |
| 15 | As Successor to RBS Citizens, NA as Successor in Interest to CCO Mortgage as Servicer for First Horizon Home Loans, a Division of First |
| 16 | Tennessee Bank, NA |
| | One Citizens Plaza |
| 17 | Providence, RI 02903 |
| 18 | Attn: Officer |
| | First Tennessee Bank, NA |
| 19 | 165 Madison Avenue, 8th Floor |
| | Memphis, TN 38103 |
| 20 | |
| | Attn: Officer |
| 21 | First Tennessee Bank, NA |
| | C/o CT Corporation System |
| 22 | 818 West 7th Street, Suite 930 |
| | Los Angeles, CA 90017 |
| 23 | |
| | Attn: Officer |
| 24 | First Tennessee Bank, NA |
| | 165 Madison Avenue |
| 25 | Memphis, TN 38101 |
| 26 | |